UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUAN A. GONZALEZ,

                Plaintiff,

   v.

THE GEO GROUP, INC., et al.,

                Defendants.

C22-5042 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The joint motion for extension, docket no. 18, is GRANTED as follows:

| | |
|---|---|
| Discovery motions due by | December 22, 2022 |
| Discovery completed by | January 24, 2023 |
| Dispositive Motions due by<br>  and noted on the motions calendar no later<br>  than the fourth Friday thereafter (see LCR 7(d)) | February 9, 2023 |
| Motions related to expert witnesses<br>(e.g., Daubert motion) due by<br>  and noted on the motions calendar no later<br>  than the third Friday thereafter (see LCR 7(d)) | February 16, 2023 |

(2)    All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 14, shall remain in full force and effect.

MINUTE ORDER - 1

(3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of November, 2022.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2