The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUAN A. GONZALEZ,

               Plaintiffs,

    v.

THE GEO GROUP, INC., GEO SECURE
SERVICES, LLC and GEO CORRECTIONS
AND DETENTIONS, LLC, d/b/a THE GEO
GROUP,

               Defendants.

No. 3:22-cv-05042

ORDER DENYING DEFENDANTS'
MOTION TO COMPEL DISCOVERY

[PROPOSED]

THIS MATTER came before the Court on the above-captioned Defendants' Motion to Compel Discovery. Having reviewed the records and files herein, including Defendants' Motion to Compel Discovery, Plaintiff's Response, and Defendants' Reply, and being fully advised on the matter, the Court hereby DENIES Defendants' Motion to Compel Discovery.

IT IS SO ORDERED AND ADJUDGED.

Dated: _____        _____
                                    Judge/Commissioner

[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION TO
COMPEL DISCOVERY - 3:22-
cv-05042

PAGE 1 OF 2

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX:
(206) 441-9711

Presented by:

EMERY | REDDY, PLLC


*/s/ Patrick B. Reddy*
PATRICK B. REDDY
WSBA No. 34092
PAUL CIPRIANI
WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Telephone: (206) 442-9106
Fax: (206) 441-9711
Email: reddyp@emeryreddy.com
paul@emeryreddy.com
Attorneys for Plaintiff

[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION TO          PAGE 2 OF 2
COMPEL DISCOVERY - 3:22-
cv-05042

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX:
(206) 441-9711