UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUAN A. GONZALEZ,

        Plaintiff,

v.

THE GEO GROUP, INC., et al.,

        Defendant.

C22-5042 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion as to interrogatory 10 and requests for production 14, 15, and 40 is DENIED. Plaintiff has repeatedly asserted that he has turned over all documents relevant to the requests for production, and in that light, has appropriately answered the interrogatory.

(2) Defendants' motion as to request for production 13 is DENIED. Defendants make too broad of a request by asking for all of Plaintiff's financial activity during the relevant period.

(3) Defendants' motion as to requests for production 37 and 38 is GRANTED in part and DENIED in part. Defendants are entitled to documents concerning Plaintiff's mitigation efforts, which are limited to Plaintiff's potential job applications, any salary that Plaintiff received after Plaintiff left Defendants' employ, and profit and loss statements from Plaintiff's business. The other categories of documentation for which Defendants ask, e.g., all sales records, are overly broad and not proportional to the needs of the case.

MINUTE ORDER - 1

(4)  Plaintiff is ORDERED to produce the relevant documents within fourteen (14) days of this Minute Order.

(5)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of January, 2023.

                                        Ravi Subramanian
                                        Clerk

                                        s/Laurie Cuaresma
                                        Deputy Clerk

MINUTE ORDER - 2