UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUAN A. GONZALEZ,

        Plaintiff,

v.

THE GEO GROUP, INC., et al.,

        Defendant.

C22-5042 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion for reconsideration, docket no. 29, is hereby RENOTED to March 3, 2023. Plaintiffs are hereby provided notice that the Court will consider the motion. Any response shall be filed by February 27, 2023, and any reply shall be filed by the new noting date.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of February, 2023.

                                  Ravi Subramanian
                                  Clerk

                                  s/Laurie Cuaresma
                                  Deputy Clerk

MINUTE ORDER - 1