The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUAN A. GONZALEZ,

               Plaintiffs,

   v.

THE GEO GROUP, INC., GEO SECURE
SERVICES, LLC and GEO CORRECTIONS
AND DETENTIONS, LLC, d/b/a THE GEO
GROUP,

               Defendants.

No. 3:22-cv-05042

ORDER DENYING DEFENDANTS'
MOTION FOR RECONSIDERATION
OF THE COURT'S DECISION
REGARDING DEFENDANTS'
MOTION TO COMPEL

[PROPOSED]

THIS MATTER came before the Court on the above-captioned Defendants' Motion for Reconsideration of the Court's Decision Regarding Defendants' Motion to Compel. Having reviewed the records and files herein, including Defendants' Motion, Plaintiff's Response, and Defendants' Reply, and being fully advised on the matter, the Court hereby DENIES Defendants' Motion for Reconsideration.

IT IS SO ORDERED AND ADJUDGED.

Dated: _____          _____
                                   Judge/Commissioner

[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION FOR
RECONSIDERATION

PAGE 1 OF 2

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX:
(206) 441-9711

Presented by:

EMERY | REDDY, PLLC


/s/ Patrick B. Reddy
PATRICK B. REDDY
WSBA No. 34092
TIMOTHY W. EMERY
WSBA No. 34078
600 Stewart Street, Suite 1100
Seattle, WA 98101
Telephone: (206) 442-9106
Fax: (206) 441-9711
Email: reddyp@emeryreddy.com
Email: emeryt@emeryreddy.com
*Attorneys for Plaintiff Juan Gonzalez*

[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION FOR
RECONSIDERATION

PAGE 2 OF 2