The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUAN A. GONZALEZ,

                Plaintiffs,

    v.

THE GEO GROUP, INC., GEO SECURE
SERVICES, LLC and GEO CORRECTIONS
AND DETENTIONS, LLC, d/b/a THE GEO
GROUP,

                Defendants.

No. 3:22-cv-05042

ORDER DENYING DEFENDANTS'
MOTION FOR SUMMARY
JUDGMENT

[PROPOSED]

      THIS MATTER came before the Court on the above-captioned Defendants' Motion for Summary Judgment. Having reviewed the records and files herein, including Defendants' Motion, Plaintiff's Response, and Defendants' Reply, and being fully advised on the matter, the Court hereby DENIES Defendants' Motion for Summary Judgment.

      IT IS SO ORDERED AND ADJUDGED.

    Dated: _____        _____
                                         Judge/Commissioner

[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT

PAGE 1 OF 2

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX:
(206) 441-9711

Presented by:

EMERY | REDDY, PLLC


*/s/ Patrick B. Reddy*
PATRICK B. REDDY
WSBA No. 34092
600 Stewart Street, Suite 1100
Seattle, WA 98101
Telephone: (206) 442-9106
Fax: (206) 441-9711
Email: reddyp@emeryreddy.com
Attorney for Plaintiff Juan Gonzalez

[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION FOR          PAGE 2 OF 2
SUMMARY JUDGMENT

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX:
(206) 441-9711