UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUAN A. GONZALEZ,

        Plaintiff,

v.

THE GEO GROUP, INC., et al.,

        Defendants.

C22-5042 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Oral argument (to be conducted in person at the United States Courthouse, 700 Stewart Street, Seattle, Washington) on Defendants' motion for summary judgment, docket no. 31, is SET for Friday, March 24, 2023, at 10:00 a.m.

(2) Defendants' motion for reconsideration, docket no. 29, is DENIED. The Court has carefully reviewed the parties' briefs and concludes that reconsideration of its ruling on Defendants' motion to compel, docket no. 20, is not warranted. Further, Plaintiff has certified under penalty of perjury that he has no additional responsive documents to provide. *See* Gonzalez Decl. at ¶ 5 (docket no. 43).

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of March, 2023.

                                            Ravi Subramanian
                                            Clerk

                                            s/Laurie Cuaresma
                                            Deputy Clerk

MINUTE ORDER - 1