UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUAN A. GONZALEZ,<br><br>            Plaintiff,<br><br>  v.<br><br>GEO CORRECTIONS AND DETENTIONS, LLC d/b/a THE GEO GROUP,<br><br>            Defendant. | C22-5042 TSZ<br><br>ORDER |

This matter having been resolved on the terms and conditions agreed to by the parties on the record, and no issue remaining for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

In the event settlement is not perfected, either party may move to reopen, provided such motion is filed within **60** days of the date of this Order.

The trial date is STRICKEN, and the Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record.

Dated this 17th day of April, 2023.

                                                      Thomas S. Zilly
                                                      United States District Judge